```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                        ORDER
          -v.-                      :
                                        08 CV 0110 (KMK)(GAY)
HOWARD THALER,                      :   S4 04 CR 1204 (KMK)

                    Defendant.      :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

The Court, having reviewed the Report and Recommendation in this matter of Magistrate Judge George A. Yanthis of November 17, 2010 ("the Report"), and there being no objections thereto,

IT IS HEREBY ORDERED THAT:

1. The Report is accepted and adopted in full.

2. The Clerk of the Court shall distribute the balance of the funds deposited into Court by the defendant and any interest thereon (after the distributions made pursuant to this Court's restitution order of October 22, 2010 (entered October 25, 2010)) in equal shares to the following individuals:

> Olivia Brown
> 419 East 93rd Street, Apt # 19-D
> New York, NY 10128
>
> Mavis Roballo
> 150 Tryon Avenue, Apt #C-4
> Englewood, NJ 07631
>
> Charles Best
> 1419 Jesup Avenue, Apt #5-G
> Bronx, NY 10452
>
> Enid Williams
> 107 Davis Avenue
> White Plains, NY 10605

Dated: White Plains, New York
       December 22, 2010

SO ORDERED:

Honorable Kenneth M. Karas
United States District Judge